1  PHILLIP A. TALBERT
   United States Attorney
2  ANGELA L. SCOTT
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          ) Case No. 5:16-mj-00046-JLT
                                      )
12      Plaintiff,                    ) Case No. 16-00491 BLF (N.D. Cal.)
                                      )
13      v.                            ) [PROPOSED] ORDER WAIVING TEN-DAY
                                      ) NOTICE REQUIREMENT
14 ROSAISELA PEREZ,                   )
                                      )
15      Defendant.                    )
                                      )

16

17     Having reviewed the United States' Motion for an Order Waiving the Ten-Day Notice

18 Requirement, and the other records on file in this matter, the Court hereby grants the motion. The Court

19 finds that it is not possible for the government to furnish the defendant with copies of the documents ten

20 (10) days before the detention hearings at issue, and the defendant will not be prejudiced by the delay in

21 receiving this information, for the reasons stated in the government's motion.

22

23 IT IS SO ORDERED.

24    Dated:  **December 6, 2016**            **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE
25

26

27

28

[PROPOSED] ORDER WAIVING 10-DAY NOTICE